AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App. P.; Rule 28(a)(10), Ala. R.App. P.; FabArc Steel Supply, Inc. v.Composite Constr. Sys., Inc., 914 So.2d 344, 354 (Ala. 2005); Ex parte Elliott, 782 So.2d 308, 311
(Ala. 2000); TenEyck v. TenEyck, 885 So.2d 146, 159
(Ala.Civ.App. 2003); Britt v. Britt, 684 So.2d 1325,1326 (Ala.Civ.App. 1996); Golden v. Golden,681 So.2d 605, 608 (Ala.Civ.App. 1996); Carter v. Carter,666 So.2d 28, 29 (Ala.Civ.App. 1995); Scholl v. Parsons,655 So.2d 1060, 1062 (Ala.Civ.App. 1995); and Silvey v.Silvey, 634 So.2d 138, 140 (Ala.Civ.App. 1993).
BRYAN and THOMAS, JJ., concur.
THOMPSON, P.J., concurs in part and dissents in part, with writing, which MOORE, J., joins.